# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 24-5215MJ |
| Jacob Shiner | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant JACOB SHINER. violated 18 U.S.C. § 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm; and, 18 U.S.C. § 933, Firearms Trafficking, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer (TFO) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: _Addison Owen, AUSA_

Digitally signed by ADDISON OWEN
Date: 2024.07.04 12:11:27 -07'

_Andrew Barciz, TFO for ATF_
Name of Complainant

ANDREW BARCIZ
(Affiliate)

Digitally signed by ANDREW BARCIZ (Affiliate)
Date: 2024.07.04 12:02:31 -07'00'

Signature of Complainant

Sworn to telephonically before me

_July 4, 2024    at 12:31 p.m._               at      Phoenix, Arizona
Date                                                         City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNTS 1-3**

**Material False Statement During the Purchase of a Firearm**

On or about the dates listed below, in the District of Arizona, Defendant JACOB SHINER knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JACOB SHINER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant JACOB SHINER knew that he was buying the firearm on behalf of another person:

| Count | Date | FFL |
|-------|------|-----|
| 1 | December 27, 2023 | Tactical Studio |
| 2 | January 8, 2024 | Tactical Studio |
| 3 | January 26, 2024 | Arizona State Armory |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 4**

**Trafficking Firearms**

On or about July 2, 2024, in the District of Arizona, Defendant JACOB SHINER did ship, transport, cause to be transported, and otherwise dispose of a firearm, to wit: a Glock 21 Handgun, Serial Number: AERU347, in or otherwise affecting interstate or foreign commerce, to another person, whom Defendant JACOB SHINER

knew or had reasonable cause to believe that the other person's use, carrying, or possession of the firearm would constitute a felony, to wit: Arizona Revised Statute (A.R.S.) § 13-3102(A)(4), Misconduct Involving Weapons – Prohibited Weapon; and, Title 18, United States Code § 922(o), Possession or Transfer of a Machinegun

In violation of Title 18, United States Code, Section 933.

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

Your Affiant, Andrew Barciz, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives in Phoenix, Arizona, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    Your affiant is a Task Force Officer with Bureau of Alcohol, Tobacco, Firearms, and Explosives, and has been since September 18, 2019.   Your Affiant has been a sworn police officer since June of 2001. Your Affiant has investigated numerous weapons related offenses in collaboration with both state and federally sworn officers. Your Affiant has also investigated numerous federal weapons violations to include weapons trafficking, straw purchases, and illegal weapons manufacturing and trafficking in unlawful machineguns and machinegun conversions devices.

2.    The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by witnesses; analysis of public records; analysis of telephone records; and review of surveillance footage.

3.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.   Based on the below facts, your Affiant submits there is probable cause that Jacob SHINER., violated Title 18, U.S.C. §§ 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm; and 18 U.S.C. § 933, Firearms Trafficking.

///

## BACKGROUND

4.   In November of 2023, your Affiant was monitoring social media accounts and found a group of subjects who were trafficking firearms and machinegun conversion devices[1], hereafter referred to as MCDs. This group offered firearms and MCDs for sale using Instagram and other social media sites.

5.   Further investigation revealed this group was purchasing the MCDs from China and having them shipped to their addresses in Arizona.

6.   When a customer would engage the group to purchase these devices, they would often shift to clandestine messaging applications, mostly using Telegram.

7.   Based on my training and experience, I know Telegram is a messaging application which is operated outside the United States and will not respond to legal processes for records. Due to this many subjects use it to conduct illegal activities, including during the trafficking of firearms, MCD's, and narcotics.

8.   Over the next several months, your Affiant monitored those accounts and undercover ATF Agents participated in several purchases of firearms, to include machineguns.

9.   Subsequently on March 28, 2024, law enforcement executed residential search warrants and arrested five individuals, Raul TORREBLANCA, Luis GONZALEZ, Damian ACOSTA and two juveniles (John Doe 1 and John Doe 2), for possession and transfer of machineguns (hereafter referred to as "Machinegun Trafficking case" and "Machinegun Trafficking members").

## PROBABLE CAUSE

10.   During the abovementioned investigation, your Affiant found many of the

---

1 According to the Gun Control Act of 1968 (GCA), 18 U.S.C § 921(a)(24) defines the term "machinegun" as the following: "has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C 5845(b))." The National Firearms Act (NFA), 26 U.S.C § 5845(a), defines the term "firearm" to include "… (6) a machinegun:…" Also, the NFA 5845(b) defines "machinegun" as the following: "…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in possession or under the control of a person." Consistent with the federal laws described above, the machine gun conversion devices described in this affidavit are machineguns.

firearms trafficked by the Machinegun Trafficking members had been originally purchased by Jacob SHINER.

11. The following firearms identified in the underlying Machinegun Trafficking case had been purchased by SHINER[2].

    a. A Glock 19X, Serial Number: CBLD804, hereafter "Firearm 1", shown for sale on the Machinegun Trafficking members Telegram channel on January 3, 2024, was purchased by SHINER on December 27, 2023, at Tactical Studio, a licensed FFL, located at 5023 W. Olive Ave.

    b. A Glock 19X, Serial Number: CBLD807, hereafter "Firearm 2", purchased by UC ATF agents on January 29, 2024, from TORREBLANCA and JOHN DOE 1, was purchased by SHINER on January 8, 2024, at Tactical Studio.

    c. A Glock 19X, Serial Number: CCSK696, hereafter Firearm 3", was recovered at GONZALEZ's residence during the execution of a search warrant on March 28, 2024. This firearm was found to be purchased by SHINER on January 26, 2024, at Arizona State Armory, a FFL, located at 4357 E Redfield Road, Phoenix, Arizona.

12. Your Affiant researched and found SHINER has purchased at least 36 firearms since February 25, 2022. To date, nine firearms have been recovered in criminal investigations. The recovery time ranges from 15 days to 343 days from the purchase date. Your affiant noticed that numerous firearms were recovered in other states.

13. SHINER made all the known purchases at FFLs. During the purchase of the firearm, SHINER completes ATF Form 4473. Question 21a asks the purchaser whether they are the true purchaser or buyer of the firearm. SHINER selects that he is the true purchaser of each of these firearms.

14. Despite the takedown and arrest of the Machinegun Trafficking members, SHINER has continued to purchase firearms.

---

2 At the time SHINER purchased these firearms, they were semi-automatic firearms.

GONZALEZ Statements Regarding the Purchase of Firearm 3 and 1

15. Your affiant interviewed GONZALEZ after his arrest on March 28, 2024. GONZALEZ relayed SHINER had been straw purchasing firearms for the Machinegun Trafficking members in exchange for money. GONZALEZ stated the firearm found at his residence, Firearm 3, was purchased by SHINER for him. GONZALEZ stated he had SHINER purchase two handguns from licensed firearms dealers for him.

16. GONAZLEZ detailed the purchase process with SHINER. When GONZALEZ wanted a handgun, SHRINER told him he could get him one from a store for around $150.00 to $200.00 in addition to the purchase price. GONZALEZ took SHINER's vehicle to the FFL in north Phoenix. GONZALEZ provided SHINER $1000.00, and SHINER went into the home-based FFL and came back out with Firearm 3.

17. GONZALEZ stated he had also obtained a previous GLOCK 19X through SHINER. GONZALEZ stated he paid SHINER $800.00 to obtain that firearm. The purchase price from the FFL was $600.00. GONZALEZ and SHINER went to the FFL. GONZALEZ provided the money to SHINER who went inside, purchased the firearm, and provided it to GONZALEZ. Then, GONZALEZ emailed a bill of sale to SHINER for the firearm. This is likely in reference to Firearm 1.

18. GONZALEZ knows TORREBLANCA also used SHINER to purchase firearms in the same manner in the past.

TORREBLANCA's Statements Regarding the Purchase of Firearm 2

19. Your Affiant also interviewed TORREBLANCA. TORREBLANCA admitted he had used SHINER to purchase a firearm in the past. TORREBLANCA messaged SHINER through Telegram and knows SHINER uses the name "MAX" on Telegram. SHINER told him he could buy him a firearm from a store, but he would need to do a bill of sale.

20. TORREBLANCA remembered SHINER purchased a firearm for him in approximately November or December of 2023. TORREBLANCA provided SHINER an MCD in exchange for buying him the firearm. TORREBLANCA remembered selling that

firearm to someone while being accompanied by JOHN DOE 1.

21. Your affiant knows Firearm 2 and a Glock 19M with an MCD attached was purchased by an ATF Undercover from TORREBLANCA and JOHN DOE 1 in January 2024. Firearm 2 had been purchased by SHINER from Tactical Studio, a licensed FFL which is operated in Glendale, Arizona.

<u>Review of Cell Phone Data</u>

22. Additionally, pursuant to a federal search warrant, your Affiant reviewed extracted data from TORREBLANCA, GONZALEZ, and JOHN DOE 1's cellular devices.

23. On TORREBLANCA's phone a photo of a bill of sale for Firearm 2 was found. It was dated on January 9, 2024, and listed "Jacob SHINER" as the seller. TORREBLANCA was listed as the buyer with the purchase price of $650.00. This firearm was bought by SHINER on January 8, 2024, at Tactical Studio, a licensed FFL, in Glendale, AZ. This is consistent with TORREBLANCA's statements.

24. Your Affiant contacted Tactical Studio and learned SHINER had paid $650.00 cash for the $642.00 purchase of Firearm 2.

25. Your affiant found a Telegram conversation on TORREBLANCA'S phone with "Max Payne", which is the username described by TORREBLANCA to be used by SHINER. In those messages, TORREBLANCA mentions that one of his co-conspirators sold numerous MCDs for $200.00 each. SHINER compliments him on the profit. SHINER sends TORREBLANCA a photo of tracking details consistent with a package coming from overseas. TORREBLANCA asks if he wants him to open them indicating the package was shipped to TORREBLANCA. SHINER states "yes". TORREBLANCA sends SHINER a video, which was not viewable. SHINER comments he hopes they work, and he needs to get an upper, which is a common term for AR15 upper assembly.

26. Your Affiant knows that on multiple occasions TORREBLANCA had MCDs sent to his address after ordering them from China.

27. TORREBLANCA inquires the amount SHINER will be selling the MCDs for. SHINER replies $150.00 for singles and $100.00-$120.00 for multiples. SHINER

coordinates picking them up from TORREBLANCA. Later SHINER tells
TORREBLANCA he sold a Springfield Hellcat handgun. SHINER sends a photo of the gun
which includes capturing his tattooed forearm within the photo.

28. SHINER tells TORREBLANCA that one of the co-conspirators customers is
upset that one of the MCDs did not fit. SHINER mentions that it was not their fault as the
gun was a "high shelf" AR15. They discuss how most people do not understand how AR15
MCDs work, and that the firearm has to be a specific type for it to function.

29. Between March 20, 2024 to March 28, 2024, TORREBLANCA and SHINER
have ongoing communications. TORREBLANCA asks SHINER if he sold all his MCDs.
SHINER replies that "Doughboy" bought all of them. SHINER talks about modifying an
AR15 MCD and an AR15 to make it functional. They also discuss sharing and purchasing
Marijuana, MCDs, and firearms. Shiner also sends him a video which shows SHINER's
face, further identifying this as the correct "Max" account. There are also numerous photos
of MCDs in this chat that they discuss.

30. You Affiant reviewed data on GONZALEZ'S phone and found photos of two
bills of sales for handguns purchased by SHINER and then sold to GONZALEZ within 24
hours of the purchase time.

31. The first bill of sale was dated December 27, 2023, for Firearm 1. This bill of
sale lists the sale price of $645.00. Firearm 1 was seen listed for sale on a Telegram Channel
operated by the Machinegun Trafficking Members on January 3, 2024. Firearm 1 was
purchased by SHINER at Tactical Studio, a licensed FFL, in Glendale, Arizona, on
December 27, 2023. Your Affiant contacted Tactical Studio who informed your affiant that
SHINER had paid $642.00 for the firearm.

32. The second bill of sale was dated January 27, 2024, for Firearm 3. This bill of
sale lists the sale price of $1000.00. Firearm 1 was recovered at GONZALEZ'S residence
on March 28, 2024. Firearm 1 was purchased by SHINER at Arizona State Armory, a
licensed FFL, in Phoenix, Arizona, on January 26, 2024.

33. Your affiant contacted Arizona State Armory and learned that SHINER had paid

$739.00 for Firearm 3. This is consistent with an approximate $200.00 profit for buying the gun, as GONZALEZ stated.

Review of Group and Other Chats

34.  Your affiant reviewed several group chats which were visible on several of the devices seized from the Machinegun Trafficking Members. These chats occurred in Telegram. The following messages are excerpts regarding SHINER's purchase of firearms from licensed firearms dealers for others.

35.  The following messages appear in a group chat named "Arizona Private Sales". This chat has several participants, including some members of the Machinegun Trafficking members.

3/21/2024: SHINER comments "You make me wane put the button on my 357"
(Your Affiant knows "button" used in this context is slang for MCD)

3/26/2024: SHINER replies to the group chat "I'd rather get you 23c"
(Your Affiant knows "23C" is a model of Glock handgun)

36.  The following messages appear in a group chat named "Fed case".   Members consist of GONZALEZ, TORREBLANCA, and JOHN DOE 1.

Fed Case Group Chat on December 12, 2023
TORREBLANCA: "We need a person to get guns from the store like crazy"
GONZALEZ: "I had one. Til the atf got involved. She got scared"
JOHN DOE 1: "ATF scary fr tho"
GONZLEZ: "she had her wcc"
JOHN DOE 1: "We'll see wsp wit Jacob"
GONZALEZ: "We'd get guns same day too"
JOHN DOE 1: "The one that's finna get ur 26"

GONZALEZ: "Shi was Clean"

(SHINER purchased a Glock 26 on December 12, 2023, from Tactical Studio which would be consistent with this conversation.)

TORREBLANCA: "Guess what that nigga said. I asked for Glock 19 gen 5 mos. He said "I'll be down for 2-3 switches I'll be cool with 2 tho"

(This message is consistent with GONZALEZ's interview statement that SHINER was trading guns for MCDs.)

Fed Case Group Chat on December 27, 2023 (Firearm 1)

TORREBLANCA: "Where's the gun store. We bouta go home rn"

JOHN DOE 1 indicates he is getting picked up.

JOHN DOE 1: "9350 N 67th Ave, Glendale, AZ 85302[3]. That's his crib"

GONZALEZ:   "B like bro said if u gonn give the bill of sale"

GONZALEZ: "What is it"

TORREBLANCA: "20 MOS for reggie soon"

TORREBLANCA and GONZALEZ discuss who is going to get the gun and the bill of sale. TORREBLANCA mentions he is old enough and has ID. TORREBLANCA indicates he is likely in the gun store with this reply.

TORREBLANCA: "They do engraving here"

They discuss how long it is taking for the purchase and are warry if SHINER is police. A short time later GONZALEZ replies "I got tha bill of sale"

(This discussion is consistent with the purchase of Firearm 1.)

Fed Case Group Chat on January 8, 2024 (Firearm 2)

The conversation begins with GONZALEZ stating he is going to sell his 19X.

JOHN DOE 1 "Beerus (nickname for TORREBLANCA) did u get urs tho"

---

3 **Subject Premises**

TORREBLANCA "I'm waiting rn. I hear cops tho"

They discuss competitors selling MCD's at a lower price and that "Jacob" gets MCD's for free.

TORREBLANCA sends a photo which is not visible. He comments indicate he has successfully obtained a firearm and plans to equip with a MCD.

(This discussion is consistent with the purchase of Firearm 2)

Fed Case Group Chat on January 26, 2024 (Firearm 3)

GONZALEZ "I was gonn say if u can go w Jacob to go get my 19x mos"

TORREBLANCA "Your buying it off Jacob"

GONZALEZ "He getting it for me"

TORREBLANCA "I'll go with him, I can see his dog"

The messages indicate SHINER is not available until after 4pm due to work issues

TORREBLANCA "Im pulling on him. Im turning into the street."

GONZALEZ (approximately 2030 hours) "wat happened to the thread barrel protector. It didn't come w one?"

JOHN DOE 1 "yea. Did it come off?"

GONZALEZ sends a photo of a Glcok 19x MOS missing a thread protector. "It did, WTF?"

(This is consistent with the purchase of Firearm 3)

Arrest and Service of Search Warrants

37. On July 2, 2024, law enforcement executed a Federal Search Warrant at SHINER's residence. He was subsequently arrested.

38. Prior to questioning, SHINER was read his *Miranda* rights. SHINER admitted to straw purchasing Firearms 1, 2, and 3. He also admitted to purchasing firearms for other individuals recently. Specifically, SHINER admitted to selling a firearm that day (July 2, 2024).

39. Your Affiant reviewed SHINER's cell phone data and found the following messages from July 2, 2024:

> Girlfriend: You okay?
>
> SHINER: Yuh I'm good babes. I made a lil extra money
>
> Girlfriend: Noice love that. We're having an in person meeting at 4 so I'll be ready at 5:15
>
> SHINER: Okie Dokie. Yuh I sold a pole and the button (sad face emoji)
>
> (*pole is slang for firearm. *button is slang for Glock MCD)
>
> Girlfriend: wtf you're impulsive. I thought you wanted to keep the silver button.
>
> SHINER: Yuh buy I wanted money and it didn't work on my gen 5 it was to loose
>
> Girlfriend: Oh Damn

40. Your Affiant found an additional exchange reference this firearm from June 30, 2024 into July 1, 2024:

> SHINER: Is this yo new number
>
> Purchaser: Yo
>
> SHINER: I was just making sure so I can save it.
>
> SHINER: (sends video of a Glock 21 Gen4 with silver Glock MCD attached to the rear)
>
> Purchaser: How much
>
> SHINER: For button or pole
>
> Purchaser: Both
>
> Purchaser: No cap 900 the silver buttons are different they do burst and fully and I got trijicon night sights up top

41. Your Affiant learned that SHINER purchase a Glock 21 handgun (Serial Number: AERU347) from State Armory, an FFL, on June 29, 2024. This firearm is consistent with the firearm that was sent to the Purchase with the MCD attached.

42. Based on my Training and Experience, I know that Glock handguns are not

manufactured in Arizona. Therefore, this Glock handgun would have needed to travel in interstate and/or foreign commerce to be found in Arizona.

## **CONCLUSION**

43. For these reasons, your Affiant submits that there is probable cause to believe Jacob SHINER. committed violations of Title 18, U.S.C. §§ 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm; and 18 U.S.C. § 933, Firearms Trafficking.

44. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ANDREW BARCIZ
(Affiliate)
Digitally signed by ANDREW
BARCIZ (Affiliate)
Date: 2024.07.04 12:01:29 -07'00'

ANDREW BARCIZ
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed telephonically this ___4th___ day of July, 2024. at 12:31 p.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge